UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ABRAHAM BAROUSALIAN, ET AL

CIVIL ACTION

VERSUS

NO.: 07-385-FJP-CN

CITY OF BATON ROUGE, ET AL

**JUDGMENT OF DISMISSAL**

Considering foregoing joint motion to dismiss filed in the above entitled and numbered cause:

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs', Abraham Barousalian, Maral Kloumian, and Yeghia Barousalian, suit against City of Baton Rouge, Mayor Melvin "Kip" Holden, Jeff LeDuff, Tillman Cox, Otis Nacoste, Robert Rachal, Lynn Ferguson, James Gewalt, Robert Schilling, Eugene Rafferty, Charles Thompson, John Thomas, Roderick McCoy, Sr., James Curts, Daniel Poe, Stephonne Lewis, Leo Keller and Gerard Bloom, is hereby **DISMISSED**, with prejudice, with each party to bear their own costs.

Baton Rouge, Louisiana, April 22, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA